IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHADIJAH ABDUL,**<br><br>*Plaintiff,*<br><br>v.<br><br>**UNIVERSAL PURE, LLC,**<br><br>*Defendant.* | Case No. 2:21-cv-04734-JDW |

### ORDER

**AND NOW**, this 10th day of February, 2023, upon consideration of Defendant Universal Pure, LLC's Motion For Summary Judgment (ECF No. 34), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case CLOSED for statistical purposes.

**FOR THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.